IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    CECIL LEROY REED JR                            CASE NUMBER: 14-41150-13
    JULIA DENISE REED
    19464 EVANS RD

    TONGANOXIE KS 66086

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.s502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee.

Disbursements of plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before June 4, 2015, the claims will be paid as allowed and classified on the following list without further notice.

                                           s/ - JAN HAMILTON, TRUSTEE
                                           PO Box 3527, Topeka, KS 66601

### CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Notice with the Court using the CM/ECF system, which sends notification to all interested parties using the CM/ECF system. I have also mailed this pleading first class to the debtor and the following parties on this date: Tue May 5, 2015.

                                             s/ - JAN HAMILTON, TRUSTEE

FG21/JR

    CECIL LEROY REED JR
    JULIA DENISE REED
    19464 EVANS RD

    TONGANOXIE KS 66086

```
CASE#:14-41150                 LISTING OF ALLOWED CLAIMS
-----------------------------------------------------------------------
 Trustee's                                                     Interest
  Claim #   Creditor Name and Address        Claim Amount        Rate
-----------------------------------------------------------------------
    0001    NEBRASKA FURNITURE MART        $       913.80        4.75%
            PO BOX 3000
  Court
 Claim #    OMAHA   NE 68103
    1        Classified as:  SECURED                  HHGS
-----------------------------------------------------------------------
    0002    ALLY BANK/ALLY SERVICING LLC   $          .00         .00%
            PAYMENT PROCESSING CENTER
  Court     PO BOX 78367
 Claim #    PHOENIX   AZ 85062-8367
    2        Classified as:  PAID DIRECT             2012 GMC TERRAIN
-----------------------------------------------------------------------
    0003    UNITED TELEPHONE CO OF KS      $       151.72         .00%
            CENTURYLINK BANKRUPTCY
  Court     359 BERT KOUNS
 Claim #    SHREVEPORT   LA 71106
    3        Classified as:  UNSECURED
-----------------------------------------------------------------------
    0004    ALLY BANK/ALLY SERVICING LLC   $     4,709.40         .00%
            PAYMENT PROCESSING CENTER
  Court     PO BOX 78369
 Claim #    PHOENIX   AZ 85062-8369
    4        Classified as:  UNSECURED
-----------------------------------------------------------------------
    0005    QUANTUM3 GROUP LLC agent for   $       285.28         .00%
            COMENITY BANK
  Court     PO BOX 788
 Claim #    KIRKLAND   WA 98083-0788
    5        Classified as:  UNSECURED                THE BUCKLE
-----------------------------------------------------------------------
    0006    QUANTUM3 GROUP LLC agent for   $       243.24         .00%
            COMENITY BANK
  Court     PO BOX 788
 Claim #    KIRKLAND   WA 98083-0788
    6        Classified as:  UNSECURED                MAURICES
-----------------------------------------------------------------------
    0007    MERRICK BANK CORPORATION       $     5,722.95         .00%
            10705 S JORDAN GATEWAY STE 200
  Court
 Claim #    SOUTH JORDAN   UT 84095
    7        Classified as:  UNSECURED              DEFICIENCY BALANCE
-----------------------------------------------------------------------
    0008    CAPITAL ONE NA                 $       510.25         .00%
            % BECKET & LEE
  Court     PO BOX 3001
 Claim #    MALVERN   PA 19355-0701
    8        Classified as:  UNSECURED                 KOHLS
-----------------------------------------------------------------------
```

```
CASE#:14-41150                   LISTING OF ALLOWED CLAIMS
-----------------------------------------------------------------------
 Trustee's                                                     Interest
  Claim #   Creditor Name and Address      Claim Amount         Rate
-----------------------------------------------------------------------
   0009     PORTFOLIO RECOVERY ASSOCIATES  $      506.02         .00%
            PO BOX 12914
  Court
 Claim #    NORFOLK  VA 23541
     9        Classified as: UNSECURED              CAPITAL ONE/HSBC
-----------------------------------------------------------------------
   0010     PORTFOLIO RECOVERY ASSOCIATES  $    2,262.49         .00%
            PO BOX 12914
  Court
 Claim #    NORFOLK  VA 23541
    10        Classified as: UNSECURED              CAPITAL ONE
-----------------------------------------------------------------------
   0011     AT&T MOBILITY II LLC           $      157.04         .00%
            %AT&T SERVICES KAREN CAVAGNARO
  Court     ONE AT&T WAY ROOM 3A104
 Claim #    BEDMINSTER  NJ 07921
    11        Classified as: UNSECURED
-----------------------------------------------------------------------
   0012     PORTFOLIO RECOVERY ASSOCIATES  $      661.93         .00%
            PO BOX 12914
  Court
 Claim #    NORFOLK  VA 23541
    12        Classified as: UNSECURED              HOME DEPOT
-----------------------------------------------------------------------
   0013     WELLS FARGO BANK NA            $         .00         .00%
            MAC x2302-04c PMNT PROCESSING
  Court     ONE HOME CAMPUS
 Claim #    DES MOINES  IA 50328
    13        Classified as: MORTGAGE (OUTSIDE OF PLAN)
-----------------------------------------------------------------------
   0014     LVNV FUNDING LLC/FNBM LLC      $      436.58         .00%
            RESURGENT CAPITAL SERVICES
  Court     PO BOX 10587
 Claim #    GREENVILLE  SC 29603-0587
    14        Classified as: UNSECURED              CREDIT ONE BANK NA
-----------------------------------------------------------------------
   0015     SOUTHWESTERN BELL TELEPHONE CO $       79.19         .00%
            % AT&T SERVICES INC
  Court     ONE AT&T WAY, ROOM 3A 104
 Claim #    BEDMINSTER  NJ 07921
    15        Classified as: AMENDED UNSECURED
-----------------------------------------------------------------------
   0016     CAVALRY SPV I LLC/CAP ONE NA   $         .00         .00%
            % BASS & ASSOCIATES PC
  Court     3936 E FT LOWELL RD STE 200
 Claim #    TUCSON  AZ 85712
    16        Classified as: SECURED                SURRENDERING
-----------------------------------------------------------------------
```

```
CASE#:14-41150              LISTING OF ALLOWED CLAIMS
------------------------------------------------------------------------
 Trustee's                                                      Interest
  Claim #   Creditor Name and Address        Claim Amount         Rate
------------------------------------------------------------------------
    0017    HOUSING & CREDIT COUNSELING     $       45.00         .00%
            1195 SW BUCHANAN STE 101
  Court
 Claim #    TOPEKA   KS 66604
    17        Classified as: ADMINISTRATIVE/FEES       NEED FMC
------------------------------------------------------------------------
    0998    JOHN R HOOGE                    $      300.00         .00%
            2619 W 6TH STE D
  Court
 Claim #    LAWRENCE  KS 66049
              Classified as: ADMINISTRATIVE/FEES       Closing costs
------------------------------------------------------------------------
    2001    NEBRASKA FURNITURE MART         $      112.40         .00%
            PO BOX 3000
  Court
 Claim #    OMAHA  NE 68103
     1        Classified as: UNSECURED                 Split Claim
------------------------------------------------------------------------
                            Total:          $   17,097.29
                                            =============
```
Note: This is a base plan. The amount to be paid to the unsecured creditors will be based on the excess funds available during the specified length of the plan and at this time is undetermined.

FG21/2/JR