Chapter 13 Case #: 14-41150

**Jan Hamilton, Trustee**
509 Sw Jackson St
Topeka, KS 66603

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from July 31, 2017 to August 01, 2018

Re: CECIL LEROY REED JR
    JULIA DENISE REED
    19464 EVANS RD
    TONGANOXIE, KS 66086

Attorney: JOHN R HOOGE
2619 W 6TH STE D
LAWRENCE, KS 66049

(785)842-1138

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Aug 09 | 70.00 | Aug 24 | 70.00 | Sep 11 | 70.00 | Sep 26 | 70.00 |
| Oct 10 | 70.00 | Oct 23 | 70.00 | Nov 07 | 70.00 | Nov 27 | 70.00 |
| Dec 11 | 70.00 | Dec 26 | 70.00 | Jan 08 | 70.00 | Jan 26 | 70.00 |
| Feb 12 | 70.00 | Feb 26 | 70.00 | Mar 08 | 70.00 | Mar 23 | 70.00 |
| Apr 09 | 70.00 | Apr 24 | 70.00 | May 08 | 70.00 | May 22 | 70.00 |
| Jun 08 | 70.00 | Jun 25 | 70.00 | Jul 10 | 70.00 | Jul 23 | 70.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| ATTY | JOHN R HOOGE | Admin | | 3,300.00 | 100.00% | 3,300.00 | 0.00 | 0.00 |
| F-FEE | CLERK OF THE BANKRUPTCY COURT | Admin | | 220.00 | 100.00% | 220.00 | 0.00 | 0.00 |
| 1 | NEBRASKA FURNITURE MART | Secured | 4.75% | 913.80 | 100.00% | 913.80 | 50.33 | 0.00 |
| 2 | PRA RECEIVABLES MANAGEMENT LL | | | PAY DIRECT | | | | |
| 3 | UNITED TELEPHONE CO OF KANSAS | Unsecured | | 151.72 | 100.00% | 0.00 | 0.00 | 151.72 |
| 4 | ALLY BANK/ALLY SERVICING LLC | Unsecured | | 4,709.40 | 100.00% | 278.83 | 0.00 | 4,430.57 |
| 5 | QUANTUM3 GROUP LLC agent for | Unsecured | | 285.28 | 100.00% | 16.89 | 0.00 | 268.39 |
| 6 | QUANTUM3 GROUP LLC agent for | Unsecured | | 243.24 | 100.00% | 0.00 | 0.00 | 243.24 |
| 7 | MERRICK BANK CORPORATION | Unsecured | | 5,722.95 | 100.00% | 338.84 | 0.00 | 5,384.11 |
| 8 | CAPITAL ONE NA | Unsecured | | 510.25 | 100.00% | 18.04 | 0.00 | 492.21 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 506.02 | 100.00% | 17.88 | 0.00 | 488.14 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 2,262.49 | 100.00% | 133.96 | 0.00 | 2,128.53 |
| 11 | AT&T MOBILITY II LLC | Unsecured | | 157.04 | 100.00% | 0.00 | 0.00 | 157.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 661.93 | 100.00% | 33.93 | 0.00 | 628.00 |
| 13 | WELLS FARGO BANK NA | | | PAY DIRECT | | | | |
| 14 | LVNV FUNDING LLC/FNBM LLC | Unsecured | | 436.58 | 100.00% | 15.43 | 0.00 | 421.15 |
| 15 | SOUTHWESTERN BELL TELEPHONE CO | Unsecured | | 79.19 | 100.00% | 0.00 | 0.00 | 79.19 |
| 16 | CAVALRY SPV I LLC/CAP ONE NA | | | SURRENDER | | | | |
| 17 | HOUSING & CREDIT COUNSELING | Priority | | 45.00 | 100.00% | 45.00 | 0.00 | 0.00 |
| 0 | JOHN R HOOGE | Priority | | 300.00 | 100.00% | 0.00 | 0.00 | 300.00 |
| 1 | NEBRASKA FURNITURE MART | Unsecured | | 112.40 | 100.00% | 0.00 | 0.00 | 112.40 |
| TTE | Trustee Compensation | Admin | | | | 603.10 | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 08/01/2018

Receipts: $6,370.00 - Paid to Claims: $1,862.93 - Administrative Costs Paid: $4,123.10 = Balance on Hand: $383.97.

Amount Remaining (Base Balance): $2,030.00**

**\*\* NOTE:** Your plan structure obligates you to pay in a minimum amount called a base. Your base amount is established at $8,400.00. The "Amount Remaining (Base Balance)" shown above ***DOES NOT*** represent the payoff amount for your case, but reflects the amounts according to the Trustee's records, as of the date of this report. If you intend to pay off your case, you *must* consult with your attorney.

**NOTE:** Your case information is available at no charge from the National Data Center. Please visit www.ndc.org and click on the "Get Started" button to sign up for debtor access, or the "Debtor Log In" button if you have already signed up.

*pf340/ 8/2/18*